Mathew W. Shreeve
102 E. Cholla St.
Casa Grande, AZ 85122
Ph: (520)510-5579
Phenix13-7@hotmail.com
Plaintiff Pro Per

X̶ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 5 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

MATHEW W. SHREEVE,       )   CASE NO. CV   **CV20-01116-PHX-DWL**

         Plaintiff,          )   **COMPLAINT FOR VIOLATION OF**

vs.                        )   **CIVIL RIGHTS (NON-PRISONER**

                            )   **COMPLAINT)**

DOUGLAS A. DUCEY, Governor of ) <br>
the State of Arizona; FRANK ) <br>
MILSTEAD, Director of the Arizona ) <br>
Department of Public Safety; and ) <br>
ANDREW M. TOBIN, Director of the ) <br>
Arizona Department of ) <br>
Administration,                   ) <br>
                               ) <br>
         Defendants.              )

**COMES NOW** MATHEW W. SHREEVE, ("Plaintiff") hereby submits his Complaint for Violation of Civil Rights and states as follows:

Parties to this Complaint:

**1.** Plaintiff , Mathew W. Shreeve lives at 102 E. Cholla St., Casa Grande, Pinal County, Arizona, (520)510-5579, phenix13-7@hotmail.com

**2.** Defendant, Douglas A. Ducey, in his official capacity as Governor of Arizona, 1700 W. Washington Street, Phoenix, Maricopa County, Arizona, (602)542-4331.

**3.** Defendant, Frank Milstead, in his official capacity as Director of Arizona Department of Public Safety, 2222 W. Encanto Blvd, Phoenix, Maricopa County, Arizona, (602)223-2000.

**4.** Defendant, Andrew M. Tobin, in his official capacity as Director of Arizona Department of Administration, 100 N. 15th Ave, Phoenix, Maricopa County, Arizona. (602)542-1500.

**BASIS FOR JURISDICTION**

**5.** Under 42 U.S.C. § 1983, you may sue a state or local official for the "deprivation of any rights, privileges, or immunities secured by the Constitution and federal laws". This suit is against Defendants in their official capacity, for the violations Plaintiff has endured including Defamation of Character, the loss of his 5th Amendment rights, the loss of his 8th Amendment rights and the loss of his 14th Amendment rights.

**6.** These charges are due to the negligence of the Arizona Department of Public Safety's obligation to review, document and disseminate legal documents which are directly under Defendants duties in their official capacity. This is regarding a Pinal County Superior Court case no. CR2000-027062, where Plaintiff was charged with a felony. Plaintiff later plead to a misdemeanor through the court system. Plaintiff completed all requirements and financial obligations involved in the plea agreement within the time limits the Court had given. (See attached Exhibit A)

**7.** Plaintiff applied for a job with the Casa Grande Elementary school in 2006. On his application, Plaintiff stated he did not have any felony convictions believing that his court case CR2000-027062 had been clearly defined as a misdemeanor he plead to. Plaintiff was promptly denied this job opportunity, due to the background check Casa Grande Elementary School ran showing a felony conviction. At the time of the background check, Arizona Department of Public Safety had neglected in updating their system that Plaintiffs conviction had been reclassified as a misdemeanor instead of a felony. (See attached Exhibit B)

**8.** Plaintiff petitioned the Pinal County Superior Court in 2008 for the restoration of his Civil Rights and to Vacate the Judgment against him. The Honorable

Janna L. Vanderpool granted Plaintiff the restoration of his Civil Rights and set aside of Plaintiffs judgment. (See attached Exhibit C).

9. In 2007, Plaintiff enlisted in the National Guard and served to 2009 when he received a general discharge. Plaintiff reenlisted in 2011 and still serves today. Plaintiff has been promoted four times and is now enrolled in schooling in an attempt to earn his next promotion.

10. In 2011, Plaintiff attempted to purchase a firearm but was denied due to the felony conviction. Plaintiff worked with the Federal Bureau of Investigation to gain his rights to purchase and own a firearm. He then applied with the Arizona Department of Public Safety for his Concealed Carry Weapons Permit in 2015. (See attached Exhibit D).

11. Plaintiff applied for a position in 2019 and was again denied due to a felony conviction. (See attached Exhibit E).

12. Plaintiff then wrote letters to his representatives Martha McSally and Kyrsten Sinema in an attempt to finally correct the situation of his conviction. (See attached Exhibit F). These letters enabled Plaintiff to connect with Mary C. Bell, in her official capacity as the Administrate Manager Criminal Unit, who emailed Plaintiff in regards of changing the Arizona Department of Public Safety's file on Plaintiff and felony conviction. (See attached Exhibit G).

13. Plaintiff filed his Notice of Claim against the State of Arizona on December 2, 2019 within the 180 day statute of limitations after having confirmation of Arizona Department of Public Safety's continued neglect on October 29, 2019. (See attached Exhibit H).

14. Governor Ducey tasked Inspector Vasquez to inquire about the status of this issue. Inspector Vasquez contacted Plaintiff on December 24, 2019 and gained the information he needed from that phone call. Inspector Vasquez then finally dealt with the situation and returned the call to Plaintiff on or about January 15, 2020 with

confirmation that this issue had finally been updated in the Arizona Department of Safety's files.

**15.**    Plaintiff has unknowingly suffered neglect from the Arizona Department of Public Safety, which is in direct control of Defendants. This neglect has caused Plaintiff the loss of potential wages, and benefits beginning in 2006 when Plaintiff was denied employment from the Casa Grande Elementary School District.

WHEREFORE, Plaintiff prays for the following relief:

A. Plaintiff has lost potential wages of $418,757.20

B. Plaintiff has lost potential 401k benefits from employment due to neglect.

C. Plaintiff has lost potential betterment for quality of life for himself and for his children.

D. Plaintiff has lost the ability in obtaining a respectful, well-paying career due to neglect.

E. Plaintiff has lost time and has suffered great amounts of stress relating to this suit along with the time and energy spent trying to correct this oversight.

F. Plaintiff requests an amount of $1,675,028.80 for all lost wages, benefits, time, stress and punitive pain and suffering he has endured.

**RESPECTFULLY SUBMITTED** this 4th day of June, 2020.


By: _____
       Mathew W. Shreeve

**OATH AND VERIFICATION**

STATE OF ARIZONA )
) ss.
County of Pinal )

I, Mathew W. Shreeve , being duly sworn and under oath, state that I have read this Complaint for Violation of Civil Rights, and all the statements are accurate and complete to the best of my knowledge and belief.

_____

Mathew W. Shreeve

    Subscribed and sworn to before me, a duly authorized Notary Public, this 4th day of June, 2020, by Mathew W. Shreeve

_____

Notary Public

My Commission Expires:

August 31, 2023

> SUZANNE L. HOWARD
> NOTARY PUBLIC - ARIZONA
> PINAL COUNTY
> COMMISSION # 568458
> MY COMMISSION EXPIRES
> AUGUST 31, 2023

**EXHIBIT A**

OFFICE DISTRIBUTION
|X|    DIVISION 5/
|X|    FINES/ATTY.FEES/RESTITUTION
|X|    BONDS: REFUND/FORFEITURE
|X|    COUNTY ATTORNEY/PRIESTLEY
|X|    ADULT PROBATION
|X|    PCSO - JAIL
|X|    PCSO - EVIDENCE ROOM
|X|    PUBLIC DEFENDER/BOHAN

# IN THE SUPERIOR COURT
## OF
## PINAL COUNTY, STATE OF ARIZONA

### Date 7/30/2001

**Filed in Court Record**
Date: <u>August 14, 2001</u>
Time: <u>4:00 p.m.</u>

JUDGE **HONORABLE KELLY MARIE ROBERTSON**
DIVISION **5**
COURT REPORTER <u>PAMELA LOHR</u>
ADDRESS

**ALMA JENNINGS HAUGHT, CLERK**

By <u>FLORA FLORES</u>, Deputy

| | | |
|---|---|---|
| THE STATE OF ARIZONA, | ) | Case No. <u>CR2000027062</u> |
| Plaintiff, | ) | |
| vs. | ) | MINUTE ENTRY ACTION: |
| | ) | |
| MATTHEW W. SHREEVE, | ) | **FINANCIAL OBLIGATION SENTENCE** |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Date of Birth: <u>1/26/82</u>

2:10 p.m. The State is represented by Deputy County Attorney, <u>Sara Priestley</u>;

[x]   Defendant appearing in person and with counsel; <u>Brian Bohan, Deputy Public Defender</u>.

Court Reporter, <u>PAMELA LOHR</u> is present.

[x]   The victim(s) was/were notified of the hearing.

The Defendant is advised of the determination of guilt and is given the opportunity to speak.

Pursuant to A.R.S. Section 13-607, the Court finds as follows:

[x]   <u>WAIVER OF TRIAL</u>   The Defendant knowingly, intelligently and voluntarily waived his right to a trial with or without a jury, his right to confront and cross-examine witnesses, his right to testify or remain silent and his right to present evidence and call his own witnesses after having been advised of these rights. The determination of guilt was based upon a plea of <u>GUILTY</u>.

Having found no legal cause to delay rendition of judgment and pronouncement of sentence, the Court enters the following judgment and sentence.

IT IS THE JUDGMENT OF THE COURT that the Defendant is guilty of the crime of <u>Amended Count I, Aggravated Assault</u>, a Class <u>1</u> misdemeanor, non-dangerous and non-repetitive offense, in violation of A.R.S. §<u>13-1001, 13-1204(A)(4), 13-1303, 13-707, 13-802</u> committed on <u>October 2, 2000.</u>

The Court is advised that the parties have reached an agreement to resolve this matter.

The Court accepts the agreement of the parties, imposes no additional punishment and states the agreement as follows:

> <u>The defendant will deposit into a bank account the sum of $15.00 a month for the next 10 years to be given to the victim in this matter, Cory Jarbeau, when he reaches his 18th birthday</u>.

**THE RECORD MAY SHOW** these funds are not to be paid through the Office of the Clerk of the Superior Court.

[x]   FURTHER ORDERED any <u>Pinal County Superior Court Order</u> for reimbursement of court-appointed attorney fees is hereby rescinded.

The Defendant is advised concerning rights of appeal and written notice of those rights is provided.

[x]   ORDERED granting the State's Motion to Dismiss <u>any remaining counts of the Indictment</u>.

[x]   ORDERED exonerating any bond.

FILED:  Notice of Rights of Review After Conviction, signed by the Defendant and copy provided to the Defendant.

Let the record reflect that the Defendant's fingerprint is permanently affixed to this agreement in open Court.

<u>2:15 p.m</u> Hearing Concludes.

JUDGE OF THE SUPERIOR COURT

[                        ]

Aff
Finge:

He:

[                        ]

Defendant's Address: 138 Barrus, Casa Grande AZ 85222

Defendant's SSN: 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

DR No.: 00-007456

Mailed/distributed    copy(s):<u>8/10/2001</u>

# EXHIBIT B



**CASA GRANDE ELEMENTARY SCHOOL DISTRICT #4**

Elementary Administration Building
220 West Kortsen Road | Casa Grande, Arizona 85122
Phone: (520) 836-2111 | www.cgesd.org

Dr. JoEtta Gonzales, Superintendent

Governing Board: Judee Jackson, President | Rachel Hernandez, Member
Dolores Kinser, Member | Gilberto Mendez, Member | David Snider, Member

December 9, 2019

*TO WHOM IT MAY CONCERN:*

Mr. Matthew Shreeve requested this letter regarding his employment application to the Casa Grande Elementary School District in 2006.

Mr. Shreeve submitted an employment application on May 9, 2006. Unfortunately, the only information currently available in the database is the date when his application was submitted with the comment "can reapply in two years".

According to our employment protocols, when information is learned through the employment process that was not originally disclosed through the application process, i.e., convictions, our administrative procedure is to allow applicants to reapply after a two-year period. Through the discovery process, in conversation with Mr. Shreeve, he would have been so advised and encouraged to disclose such information on any future applications to the school district.

Sincerely,

Brenda Tijerina, Director
Talent Acquisition & Employee Services

# CASA GRANDE ELEMENTARY SCHOOLS
## Classified Salary Schedule
### 2019-2020

GDBA-EC

Adopted: 06-11-19

| Pay Grade | Minimum (A) | Maximum (M) |
|---|---|---|
| 101 | 12.00 | 14.65 |
| 102 | 12.00 | 15.16 |
| 103 | 12.00 | 15.69 |
| 104 | 12.00 | 16.25 |
| 105 | 12.15 | 16.83 |
| 106 | 12.34 | 17.46 |
| 107 | 12.49 | 18.11 |
| 108 | 12.96 | 18.80 |
| 109 | 13.46 | 19.52 |
| 110 | 13.99 | 20.29 |
| 111 | 14.18 | 21.09 |
| 112 | 14.76 | 21.95 |
| 113 | 15.36 | 22.85 |
| 114 | 16.00 | 23.80 |
| 115 | 16.67 | 24.80 |
| 116 | 17.38 | 25.85 |
| 117 | 18.13 | 26.97 |
| 118 | 18.93 | 28.15 |
| 119 | 19.77 | 29.40 |
| 120 | 21.58 | 32.09 |
| | | |
| | | |

Note 1: Retirees qualifying under Board Policy GDBA-EA will receive an additional 2.5% in 2019-2020 over their normal 2019-2020 placement were they not retiring.

Note 2: Credit (1.5% per year) for up to five years of experience in a similar position will be allowed. Experience credit will not exceed $2,000 in any year. Since typical increases were not provided to employees in 2010-2011, 2011-2012, 2013-2014, or in 2015-16, experience credit will not be provided for experience earned in 2009-2010, 2010-2011, 2012-2013, or 2014-2015. Copies of satisfactory performance evaluations shall be provided.

# CLASSIFIED SALARY SCHEDULE PLACEMENT

| POSITION TITLE | GRADE |
|---|---|
| ACCOUNTING ASSISTANT | 109 |
| ACCOUNTING SPECIALIST | 111 |
| ACCOUNTING TECHNICIAN | 116 |
| ADMINISTRATIVE ASSISTANT - DISTRICT | 114 |
| ADMINISTRATIVE ASSISTANT - ELEMENTARY | 114 |
| ADMINISTRATIVE ASSISTANT - MIDDLE SCHOOL | 115 |
| ADMINISTRATIVE ASSISTANT - SENIOR | 116 |
| ASSOCIATE INSTRUCTOR | 115 |
| ATTENDANCE ASSISTANT | 106 |
| BUS DRIVER | 113 |
| BUS DRIVER - SPECIAL NEEDS | 113 |
| BUS DRIVER TRAINEE | 103 |
| BUYER | 114 |
| CAFÉ AREA SUPERVISOR | 115 |
| CAFÉ ASSISTANT | 102 |
| CAFÉ COOK | 107 |
| CAFÉ MANAGER - CENTRAL KITCHEN | 112 |
| CAFÉ NUTRITION SPECIALIST | 113 |
| CAFÉ SITE ASSISTANT MANAGER | 109 |
| CAFÉ SITE MANAGER | 111 |
| CERTIFIED OCCUPATIONAL THERAPY ASSISTANT | 117 |
| COMPLIANCE SPECIALIST | 110 |
| CROSSING GUARD | 101 |
| CUSTODIAN/ALARM RESPONDER | 106 |
| CUSTODIAN | 106 |
| DATA MANAGEMENT SPECIALIST | 116 |
| DELIVERY DRIVER | 106 |
| EARLY EDUCATION ASSISTANT | 106 |
| EDUCATION ASSISTANT - ALTERNATIVE PLACEMENT SETTING | 106 |
| EDUCATION ASSISTANT - CROSSING GUARD | 106 |
| EDUCATION ASSISTANT - ELG / MOWR / SPECIAL EDUCATION / TITLE I | 106 |
| EDUCATION ASSISTANT - STUDENT SUPPORT | 108 |
| EDUCATION SPECIALIST - ART & DESIGN | 108 |
| EDUCATION SPECIALIST - EARLY CHILDHOOD | 108 |
| EDUCATION SPECIALIST - INCLUSIVE EDUCATION | 107 |
| EDUCATION SPECIALIST - KINDERPLUS | 108 |
| EDUCATION SPECIALIST - LIBRARY MEDIA | 108 |
| EDUCATION SPECIALIST - TECHNOLOGY | 108 |
| EXECUTIVE ASSISTANT TO SUPERINTENDENT | 119 |
| GROUNDS & LANDSCAPE SPECIALIST | 108 |
| GROUNDS & LANDSCAPE TEAM LEADER | 115 |
| HEALTH OFFICE TECHNICIAN | 109 |
| HUMAN RESOURCES TECHNICIAN | 114 |
| HVAC SYSTEMS MECHANIC | 120 |
| IT HELP DESK TECHNICIAN | 113 |
| IT USER SUPPORT TECHNICIAN | 115 |
| IT USER SUPPORT TECHNICIAN - SENIOR | 117 |
| MAINTENANCE LOGISTICS ASSISTANT | 116 |
| MAINTENANCE SPECIALIST | 115 |
| MAINTENANCE TECHNICIAN | 110 |
| MULTIMEDIA COMMUNICATION SPECIALIST | 117 |
| NOON ASSISTANT | 101 |
| OFFICE SPECIALIST | 108 |
| PAYROLL COORDINATOR | 117 |
| PAYROLL SPECIALIST | 113 |
| PURCHASING TECHNICIAN | 109 |
| RECEPTIONIST - DISTRICT | 109 |
| REGISTRATION & DATA SPECIALIST | 113 |
| RELIEF BUS DRIVER/DISPATCHER | 113 |
| ROUTER/BUS DRIVER | 113 |
| SCHOOL-TO-COMMUNITY LIAISON | 107 |
| SENIOR RELIEF BUS DRIVER | 113 |
| SKILLED MAINTENANCE SPECIALIST - PLUMBER | 118 |
| SPEECH LANGUAGE PATHOLOGY ASSISTANT | 120 |
| STUDENT ADVOCATE | 115 |
| TRANSPORTATION ASSISTANT | 101 |
| VAN DRIVER | 103 |
| VEHICLE MECHANIC | 116 |
| VEHICLE MECHANIC LEAD | 118 |
| WAREHOUSE & DISTRIBUTION LEAD | 109 |

*Substitutes* -  Entry-level placement for the pay grades of the positions for which they are substituting.

| Pay Grade | Minimum (A) | Maximum (M) |
|-----------|-------------|-------------|
| 16 | 6.95 | 9.57 |
| 17 | 7.12 | 9.81 |
| 18 | 7.30 | 10.06 |
| 19 | 7.49 | 10.31 |
| 20 | 7.68 | 10.57 |
| 21 | 7.86 | 10.83 |
| 22 | 8.06 | 11.10 |
| 23 | 8.26 | 11.38 |
| 24 | 8.47 | 11.66 |
| 25 | 8.67 | 11.95 |
| 26 | 8.89 | 12.25 |
| 27 | 9.11 | 12.55 |
| 28 | 9.34 | 12.86 |
| 29 | 9.57 | 13.19 |
| 30 | 9.81 | 13.52 |
| 31 | 10.06 | 13.86 |
| 32 | 10.31 | 14.21 |
| 33 | 10.57 | 14.56 |
| 34 | 10.83 | 14.92 |
| 35 | 11.10 | 15.30 |
| 36 | 11.38 | 15.68 |
| 37 | 11.66 | 16.08 |
| 38 | 11.95 | 16.48 |
| 39 | 12.25 | 16.90 |
| 40 | 12.55 | 17.33 |
| 41 | 12.86 | 17.76 |
| 42 | 13.19 | 18.21 |
| 43 | 13.52 | 18.67 |
| 44 | 13.86 | 19.14 |
| 45 | 14.21 | 19.61 |
| 46 | 14.56 | 20.10 |
| 47 | 14.92 | 20.60 |
| 48 | 15.30 | 21.12 |
| 49 | 15.68 | 21.65 |
| 50 | 16.07 | 22.19 |
| 51 | 16.47 | 22.74 |
| 52 | 16.88 | 23.31 |
| 53 | 17.30 | 23.89 |
| 54 | 17.73 | 24.49 |
| 55 | 18.17 | 25.10 |
| 56 | 18.62 | 25.73 |
| 57 | 19.09 | 26.37 |
| 58 | 19.57 | 27.03 |
| 59 | 20.06 | 27.71 |
| 60 | 20.56 | 28.40 |

Note 1: Retirees qualifying under Board Policy GDBA-EA will receive an additional 2.5% in 2006-2007 over their normal 2006-2007 placement were they not retiring.

Note 2: The salary schedule used in fiscal year 1997-98 was based upon a 2.5% salary step increment. In order to provide flexibility to grant additional increases in certain years beyond the 2.5% "step", a stepless salary schedule was proposed and adopted to be used for the 1998-99 school year. It is the intention of the district's administration to provide a minimum "step" increase each year of at least 2.5%. If funding from the State would make a 2.5% increase impossible to fund, classified and administrative staff will negotiate for the best percentage increase that is fiscally possible.

Note 3: Base compensation may be supplemented with bonus pay in the form of annual group performance awards. Receipt of bonus pay will be contingent upon the group achievement of a specific measurable goal related to student achievement.

Note 4: Credit (1.5% per year) for up to five years experience in a similar position will be allowed. Experience credit will not exceed $2,000 in any year. Copies of satisfactory performance evaluations shall be provided.

## CLASSIFIED SALARY SCHEDULE PLACEMENT

| Position Title | GRADE |
|---|---|
| ACADEMIC INTERVENTION SPECIALIST | 22 |
| ACCOUNTING ASSISTANT-PAYABLES / FOOD SERVICES / GRANTS | 33 |
| ACCOUNTING SPECIALIST - PAYROLL | 37 |
| ACCOUNTING TECHNICIAN - PURCHASING | 34 |
| ADMINISTRATIVE ASSISTANT - ASM / DCI / PERSONNEL | 39 |
| ADMINISTRATIVE ASSISTANT - ELEMENTARY / MIDDLE SCHOOL | 36 |
| ADMINISTRATIVE SECRETARY - ED SERVICES / SPECIAL ED | 36 |
| APPLICATIONS SUPPORT SPECIALIST | 57 |
| ASSISTANT TRANSPORTATION SUPERVISOR | 47 |
| ATTENDANCE ASSISTANT | 28 |
| BOOKKEEPER | 38 |
| BRAILLE TECHNICIAN | 22 |
| BUS ASSISTANT | 21 |
| BUS DRIVER | 39 |
| BUS DRIVER, TRAINEE | 31 |
| CASHIER - FOOD SERVICES | 25 |
| CENTRAL KITCHEN MANAGER | 36 |
| COMMUNITY LIAISON | 24 |
| COMPLIANCE SPECIALIST - SPECIAL ED | 34 |
| COMPUTER LAB PARAPROFESSIONAL | 29 |
| COMPUTER SUPPORT SPECIALIST | 51 |
| COMPUTER SUPPORT TECHNICIAN | 41 |
| COOK - MIDDLE SCHOOL / CENTRAL KITCHEN | 29 |
| COTA | 51 |
| CROSSING GUARD | 20 |
| CUSTODIAL FOREMAN | 47 |
| CUSTODIAN - LEAD - MIDDLE SCHOOL | 37 |
| CUSTODIAN - LEAD - ELEMENTARY | 36 |
| CUSTODIAN - SPLIT-SHIFT | 33 |
| CUSTODIAN / CUSTODIAN EXTERIOR | 31 |
| DELIVERY DRIVER - FOOD SERVICES | 30 |
| DELIVERY DRIVER - FOOD SERVICES - RELIEF | 30 |
| DISPATCHER / TRAINER | 42 |
| EDUCATIONAL ASSISTANT - LIBRARY | 25 |
| EDUCATIONAL ASSISTANT - SPECIAL EDUCATION | 22 |
| EDUCATIONAL ASSISTANT / CROSSING GUARD / NOON AIDE | 22 |
| EDUCATIONAL ASSISTANT / EDUCATIONAL ASSISTANT - MIGRANT & JOM | 22 |
| EXECUTIVE SECRETARY | 42 |
| FOOD SERVICES FIELD SUPERVISOR | 47 |
| FOOD SERVICES PRODUCTION WORKER | 25 |
| FOOD SERVICES WORKER | 23 |
| GRANT COORDINATOR | 51 |
| GROUNDS - FOREMAN | 44 |
| GROUNDSKEEPER | 33 |
| HEALTH TECHNICIAN | 29 |
| HELP DESK TECHNICIAN I | 32 |
| HELP DESK TECHNICIAN II | 40 |
| HVAC MECHANIC | 44 |
| MAINTENANCE WORKER | 33 |
| MAINTENANCE WORKER - SKILLED | 40 |
| MECHANIC | 41 |
| MECHANIC ASSISTANT | 30 |
| MECHANIC, LEAD | 51 |
| MIGRANT HOME LIAISON | 22 |
| MIGRANT RECORDS ASSISTANT | 28 |
| NOON ASSISTANT | 20 |
| NUTRITION ACOUNTING ASSISTANT - FOOD SERVICES | 33 |
| OFFICE ASSISTANT - DISTRICT / FOOD SERVICES | 28 |
| OFFICE ASSISTANT - SPECIAL EDUCATION / IT | 30 |
| OFFICE SPECIALIST - SCHOOL / SPECIAL EDUCATION | 30 |
| PAINTER | 37 |
| PAYROLL SUPERVISOR | 54 |
| PROGRAM ASSISTANT - DISTRICT | 22 |
| RECEPTIONIST - DISTRICT / RECEPTIONIST - SCHOOL / OCOTILLO ANNEX/GRANTS | 28 |
| REGISTRAR | 36 |
| SATELLITE MANAGER - ELEMENTARY | 30 |
| SATELLITE MANAGER - MIDDLE SCHOOL | 33 |
| SECRETARY - FOOD SERV / FACILITY SERVICES / TRANSPORTATION | 32 |
| SECRETARY - PERSONNEL | 32 |
| SENIOR BUYER | 51 |
| SIGN LANGUAGE INTERPRETER | 36 |
| SPECIAL EDUCATION SPECIALIST | 26 |
| STUDENT INFORMATION SPECIALIST | 36 |
| SUBSTITUTE COORDINATOR | 39 |
| TITLE 1 LIAISON | 22 |
| TRUANCY INTERVENTION SPECIALIST | 25 |
| VAN DRIVER | 25 |
| WAREHOUSE / DELIVERY DRIVER - DISTRICT | 27 |
| WAREHOUSE LEAD - DISTRICT | 30 |
| WAREHOUSE LEAD - FOOD SERVICES | 31 |

SUBSTITUTES: Minimum step placement for the pay grade of the position for which they are substituting.

# EXHIBIT C

FILED
YOUTSEY RUIZ
SUPERIOR COURT

03 DEC 23  AM 10: 40

BY_____
    DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
**IN AND FOR THE COUNTY OF PINAL**

| | | |
|---|---|---|
| THE STATE OF ARIZONA , | ) | CASE NO. CR . 2000027062 |
| Plaintiff | ) | |
| | ) | **O R D E R** RESTORING CIVIL |
| vs. | ) | RIGHTS, VACATING JUDGEMENT |
| | ) | AND DISMISSING CHARGES |
| MATHEW SHREEVE | ) | |
| | ) | |
| | | Hon.  JANNA L. VANDERPOOL |
| | | Division:  6 |

Upon application of <u>TODD D. ZWEIG</u>, Chief Adult Probation Officer, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

[XX]    That the defendant  Mathew Shreeve  is hereby released from all penalties and disabilities resulting from the crime (s) of  Attempted Aggravated Assault, a Class 1 Misdemeanor  for which he/she previously had been convicted in the above entitled matter, and all Civil Rights suspended pursuant to A.R.S. 13-904 are hereby restored to the defendant.

[XX]    That the defendant's conviction for the crimes herein and judgment of guilt, dated  May 7, 2001 in the above entitled cause be and the same is set aside.

[XX]    That the Indictment/Information in the above-entitled matter, filed on  October 12, 2000  be and the same is hereby dismissed;

[XX ]    **THE DEFENDANT HAS THE RIGHT TO CARRY AND POSSESS A FIREARM**

DONE IN OPEN COURT this 23rd day of December 2008.

JUDGE OF THE SUPERIOR COURT
JANNA L. VANDERPOOL

cc:    County Attorney
       Adult Probation

CONFORMED COPY FURNISHED

# EXHIBIT D







## ARIZONA
### Driver License

| | | |
|---|---|---|
| Number | | D01324135 |
| Expires | | 01/27/204 |
| Date of Birth | | 01/26/1982 |
| Issued | | 02/26/2008 |

MATHEW WADE SHREEVE
138 W BARRUS PL
CASA GRANDE, AZ 85222-1401

Class D    Sex  M
Eyes  BRO    Height 6-01
Hair  BK    Weight 140

STATE OF ARIZONA
DEPARTMENT OF PUBLIC SAFETY
Courteous Vigilance

## CONCEALED WEAPONS PERMIT
### SHREEVE, MATHEW WADE

| Permit # | Issue Date | Expiration Date |
|---|---|---|
| 7011272 | 5/9/2015 | 5/9/2020 |

| Race | Sex | Height | Weight | Hair | Eyes | DOB |
|---|---|---|---|---|---|---|
| B | M | 601 | 168 | BLK | BRO | 1/26/1982 |

I HEREBY CERTIFY THAT THE PERSON DESCRIBED HEREON HAS BEEN GRANTED
THE PRIVILEGE OF CARRYING A CONCEALED WEAPON IN COMPLIANCE
WITH ARIZONA REVISED STATUTE 13-3112.

DIRECTOR, ARIZONA DEPARTMENT OF PUBLIC SAFETY

# EXHIBIT E



**DEPARTMENT OF JUSTICE**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Martinsburg, WV 25405*

August 16, 2019

Mathew Wade Shreeve
102 E. Cholla Street
Casa Grande, AZ 85122

901090: CRR/TAL
5400

SUBJECT:  <span style="color:red">**EMPLOYEE LETTER OF DENIAL – NTN: 1012T1JFZ**</span>

Federal Explosives Licensee or Permittee: 9-AZ-013-54-9K-00322

Dear Sir:

This letter is in response to the Employee Possessor Questionnaire or other identifying information submitted to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on your behalf by the explosives business or operations identified above.  Based on the information submitted to ATF, **either you or another individual with a similar name and/or similar descriptive features is prohibited from transporting, shipping, receiving or possessing explosives under 18 USC 842(i).**

By way of background, all explosives licensees, permittees, and applicants for licenses and permits must submit to ATF the names and identifying information of employees who are authorized to possess explosives in the course of their employment.  This information is provided on an Employee Possessor Questionnaire, which you completed for your employer for submission to ATF.  Alternatively, your employer may have provided your name and identifying information directly to ATF.  In either case, this information is provided so that ATF may conduct a background check to ensure that employee possessors are not prohibited from transporting, shipping, receiving or possessing explosives  18 U.S.C. 842(i); 843(b), (h).

Based on the information provided, ATF searches several databases containing records of persons with information disqualifying them from possessing explosives.  As a name and descriptive-based system, the database search is designed to screen individuals with similar names and/or similar descriptive features within certain parameters.  This letter of denial is to advise you that either you or another individual with a similar name and/or similar descriptive features has been matched with one or more of the following prohibitive information (applicable criteria checked):

<span style="color:red">**_X_    Under indictment for, or has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year**</span>

If you believe you are **not** prohibited from transporting, shipping, receiving or possessing explosives under Section 842(i), you may file an appeal with ATF.  Or, if you believe you **are** prohibited from under Section 842(i), you may file an ATF Form 5400.29, Application for

Restoration of Explosives Privileges, and apply for relief from Federal explosives disabilities. **You cannot appeal the denial and apply for Relief of Disability (ROD) concurrently.** ATF's appeal and relief procedures are outlined below.

## Appeal Procedures

If you believe this letter is in error and you are not prohibited from transporting, shipping, receiving or possessing explosives, you may challenge the basis for the denial or accuracy of the record upon which the denial is based by appealing under 27 CFR 555.33(b). Your appeal must be submitted in letter format and addressed to:

> Bureau of Alcohol, Tobacco, Firearms, and Explosives
> Federal Explosives Licensing Center
> Attention: Explosives Appeals
> 244 Needy Road
> Martinsburg, WV 25405

The **appeal must be postmarked within 45 calendar days of the date of this letter**, and include appropriate records or documentation you believe establish the legal and factual basis for your challenge. Records or documents of a court or other State or Federal government entity or official, furnished in support of your appeal, must be true copies certified by the court or government entity or official. Your appeal also must include a set of fingerprint impressions taken by a law enforcement agency on the enclosed fingerprint card. Please include the information outlined below and follow the process noted to expedite your appeal. Failure to comply with the requirements may result in rejection of your fingerprint card and a delay in processing your appeal.

a. The name, address, and telephone number of the law enforcement agency that took the fingerprint impressions must be stamped or appear on the fingerprint card.

b. The name, date of birth, sex, race, and State of residence areas on the fingerprint card must be completed. Note that inclusion of additional information may help expedite your appeal.

c. If you are an alien, include the Immigration and Naturalization Service-issued alien number or admission number in the box marked "Misc."

d. The complete fingerprint card must be returned to the Appeals Section of the Federal Explosives Licensing Center of ATF at the above address.

e. ATF will not charge a fee for this procedure. However, the law enforcement agency taking the fingerprints may do so.

Upon receipt of your appeal, a comparison of your fingerprints with those of the record used as the basis for the denial will be conducted. If your fingerprints do not match, you will be notified by ATF. If the match is identical, ATF will provide you with information regarding the record(s) on which the denial is based.

To facilitate initial processing and eliminate unnecessary administration, once a disqualifier has been identified, ATF does not review records of potential disqualifiers. However, should your appeal be successful on the initially denied record(s), ATF will examine any additional records

for disqualifying information which may result in sustaining the denial. For additional information on appeal procedures, please contact ATF's Appeal Section at (877) 283-3352 or www.atf.gov.

## **Relief Procedures**

If you believe you are prohibited from transporting, shipping, receiving or possessing explosives under Section 842(i), you may apply for relief from Federal explosives disabilities under 18 USC 845(b) and implementing regulations at 27 CFR 555.142. For information on relief procedures, you may email the Explosives Relief of Disability Section at EROD@atf.gov or contact them at 256-261-7640, and request a relief of disabilities application package.

Please ensure that all correspondence or submissions related to your appeal or relief application contain the above-listed NTN number, as well as the applicable trade name and license or permit number of the Federal explosives licensee or permittee at which you wish to possess explosives in the course of your employment. Failure to do so will only delay your appeal. Finally, any correspondence or submissions you provide in your appeal or relief application will not be returned to you.

Sincerely,

Christopher R. Reeves

Christopher R. Reeves
Chief, Federal Explosives Licensing Center

Enclosure



# ARIZONA DEPARTMENT OF PUBLIC SAFETY

2102 WEST ENCANTO BLVD. P.O. BOX 6638   PHOENIX, ARIZONA 85005-6638   (602) 223-2000

*"Courteous Vigilance"*

Criminal history unit
Erin @ 602 223 2938
(Signs of on Guard cards)

**DOUGLAS A. DUCEY**
Governor

**FRANK L MILSTEAD**
Director

10/10/2019

Mathew Shreeve
1026 Cholla St.
Casa Grande AZ  85122

## RE: Application #1722916

## <u>NOTICE OF DENIAL</u>

It has been determined that you do not meet the qualifications to obtain a security guard registration certificate. Your application for a security guard registration certificate is therefore denied.

An investigation of your background revealed the following violation of ARS § 32-2622:

- ☒ **You have been convicted of a felony or currently are under an indictment for a felony.**
  *07/30/2001 Aggravated Assault-Adult on Minor by Pinal County Superior Court in Arizona- Case Number CR2000027062*

- ☐ You were convicted of a misdemeanor within the last five years involving:

  - ☐ Personal Violence
  - ☐ Misconduct involving a deadly weapon as provided in ARS § 13-3102
  - ☐ Dishonesty or Fraud
  - ☐ Arson
  - ☐ Theft
  - ☐ Domestic Violence
  - ☐ Illegal Drugs or similar violations as listed in ARS Title 13, chapter 34 or 34.1
  - ☐ Sexual Misconduct

- ☐ You are on parole, community supervision, work furlough, home arrest, or other court approved release.

- ☐ You are named in an outstanding arrest warrant.

- ☐ You are serving a term of probation as a result of a conviction for an act of personal violence or domestic violence.

- ☐ You have been adjudicated mentally incompetent or found to constitute a danger to self or others.

☐  You are a registered sex offender.

You have a right to appeal this denial and request a hearing in front of the Private Investigator and Security Guard Hearing Board ("Hearing Board"). To request a hearing, you must send a written request to us by **11/09/2019**. Send your request to:

**Arizona Department of Public Safety**
**Licensing Unit**
**PO Box 6328**
**Phoenix, AZ 85005-6328**

Some individuals **may** be eligible to petition the Hearing Board for a good cause exception hearing pursuant to A.R.S. § 32-2412. If the Hearing Board grants a good cause exception, the department will issue you a security guard registration certificate.

To be eligible for a felony good cause exception, you **MUST** meet the following criteria:

1. **Ten or more years <u>must</u> have passed since the person completed <u>all</u> terms of sentencing (including, but not limited to: completion of probation, payment of restitution, payment of fines, etc.)**

2. **Not be awaiting trial for a new offense**

3. **Not have been convicted of committing any of the offenses listed in §41-1758.03.**

To be eligible for a misdemeanor good cause exception, you **MUST** meet the following criteria:

1. **All terms of the sentencing have been completed (including, but not limited to: completion of jail time and/or probation, payment of restitution and/or fines, etc.)**

2. **Not be awaiting trial for a new offense**

3. **Not have been convicted of committing any of the offenses listed in §41-1758.03.**

The Hearing Board will not conduct a good cause exception hearing if you do not meet the criteria for a good cause exception hearing as described above. Pursuant to ARS § 32-2412, the burden of proof is on you to show at the hearing to the Hearing Board's satisfaction that you meet the qualifications for a good cause exception.

If you believe the information contained within your Arizona criminal history record to be incomplete or inaccurate, please contact the DPS Criminal History Records Unit at (602) 223-2222 or www.azdps.gov/services/records/Criminal_History_Records/ for information on Arizona's review and challenge process.

If you believe the information contained within your criminal history record, in any other jurisdiction outside of Arizona to be incomplete or inaccurate, please contact the Federal Bureau of Investigation at (304) 625-5590 for information on the federal review and challenge process. The procedures for obtaining a change, correction, or updating of your FBI criminal history record are set forth in Title 28, Code of Federal Regulations (CFR), Section 16.34.

If you have any questions or need further assistance, please contact the Licensing Unit at (602) 223-2361.

**EXHIBIT F**

To the Honorable Martha McSally,

My name is Mathew Shreeve, I am a Staff Sergeant in the United States Army Reserve. I am writing you (and attaching a copy of Notice Of Claim for Arizona Department of Safety) in regards to a long going issue I am currently in with the Arizona Department of Public Safety. I will provide you with a brief timeline of facts;

2000- Arrested for a felony

2001- Plea agreement for felony to become a misdemeanor (resulting in "misdemeanor" conviction)

2008- Record for above mentioned set aside and sealed, resulting in my rights being restored and my rights to own and purchase a firearm restored.

2012- Denied the purchase of a firearm due to "felony" showing on background check. Went to the courts to obtain proper paperwork to turn into DPS as well as sent copies to the FBI NICS department.

2019- Returned to Pinal County Court House to again obtain paperwork for above mentioned case and went through proper procedures to have DPS sent the proper paperwork again.

In these dealing with this one case, I can prove that I was denied a job in 2006 because I allegedly left information off my application. At the time I was unaware that I had a felony showing up on my record. As mentioned before in 2012, that is when I first learned that a felony still was on my record. I sent the correct paperwork to the FBI as well as dropped the paperwork off to the DPS office in Phoenix, AZ. I had no issues with my initial enlistment in 2007, and again in 2011 because I turned over the proper paperwork. In 2015 I applied for and received a Concealed Carry Weapon Permit In Arizona. In 2019 I was denied a Guard Card (through DPS), which is required to have for the security guard position that I was hired for. I was denied in October of 2019.

As it is now December, DPS still has not corrected my record and I cannot apply for any worthy jobs because of my inability to pass a background check. I have mailed the Notice of Claim paperwork to DPS explaining this. I am asking you to please help me in assuring that Arizona Department of Public Safety does not sweep my issue under the rug as it has been for eighteen years already.


Respectfully,

Mathew Wade Shreeve

Phone: 520-510-55792644

Email: phenix13-7@hotmail.com

To the Honorable Kyrsten Sinema,

My name is Mathew Shreeve, I am a Staff Sergeant in the United States Army Reserve. I am writing you (and attaching a copy of Notice Of Claim for Arizona Department of Safety) in regards to a long going issue I am currently in with the Arizona Department of Public Safety. I will provide you with a brief timeline of facts;

2000- Arrested for a felony

2001- Plea agreement for felony to become a misdemeanor (resulting in "misdemeanor" conviction)

2008- Record for above mentioned set aside and sealed, resulting in my rights being restored and my rights to own and purchase a firearm restored.

2012- Denied the purchase of a firearm due to "felony" showing on background check. Went to the courts to obtain proper paperwork to turn into DPS as well as sent copies to the FBI NICS department.

2019- Returned to Pinal County Court House to again obtain paperwork for above mentioned case and went through proper procedures to have DPS sent the proper paperwork again.

In these dealing with this one case, I can prove that I was denied a job in 2006 because I allegedly left information off my application. At the time I was unaware that I had a felony showing up on my record. As mentioned before in 2012, that is when I first learned that a felony still was on my record. I sent the correct paperwork to the FBI as well as dropped the paperwork off to the DPS office in Phoenix, AZ. I had no issues with my initial enlistment in 2007, and again in 2011 because I turned over the proper paperwork. In 2015 I applied for and received a Concealed Carry Weapon Permit In Arizona. In 2019 I was denied a Guard Card (through DPS), which is required to have for the security guard position that I was hired for. I was denied in October of 2019.

As it is now December, DPS still has not corrected my record and I cannot apply for any worthy jobs because of my inability to pass a background check. I have mailed the Notice of Claim paperwork to DPS explaining this. I am asking you to please help me in assuring that Arizona Department of Public Safety does not sweep my issue under the rug as it has been for eighteen years already.

Respectfully,

Mathew Wade Shreeve

Phone: 520-510-55792644

Email: phenix13-7@hotmail.com

**EXHIBIT G**

Outlook

🔍 Search

MS

New message

🗑 Delete   📁 Archive   ⊘ Junk ⌄   ✉ Sweep   ▭ Move to ⌄   ⊡ Categorize ⌄   ↩ Undo   ⋯

**Folders** ⌄

Inbox ☆

Filter ⌄

### DPS Report CR2000027062

⊡ Inbox  37

FC  **Fox Cigar**
The My Father Travel Kit -...   11:52 AM
Go Ahead, Treat Yo Self! My Father Travel...

BC  Bell, Mary C. <mabell@co
urts.az.gov>
Tue 10/29/2019 10:23 AM
PHENIX13-7@hotmail.com ⌄

↩  ↩  →  ⋯

🗑 Junk Email  144

✏ Drafts

**The Exchange**
Best of the Best – Get the...   11:45 AM
Your favorites for activewear are here at Th...

Hello again,

My apologies, I seem to have made a typo in my greeting.

Mary Bell

· · ·

▷ Sent Items  1

🗑 Deleted Items  219

**Yesterday**

📁 Archive

**Shelly Martinez via flexmls**
Listing Update!   Tue 9:57 AM
CG - Mathew Shreeve $150,000 10612 N C...

Conversation Hist...

BC  Bell, Mary C. <mabell@co
urts.az.gov>
Tue 10/29/2019 10:18 AM
PHENIX13-7@hotmail.com; Murphy, Miche

↩  ↩  →  ⋯

GCU  1

**This month**

ICDC  4

military

D  **DoNotReply@alight.com**
G4S Benefits Confirmation...   Mon 7:39 PM
Dear Mathew Shreeve, You have an import...

Hell Mr. Shreeve,

I have heard from D.P.S. this morning. They have confirmed that your record is now updated. Please know, we did submit our paperwork some time ago. Back in 2001. For some reason it wasn't updated at D.P.S. Thank you for your patience. If you have any more needs, you may contact Michelle Murphy at mmurphy@courts.az.gov, as my last day, due to retirement will be November 6th.

🗒 Notes

Sarah

**G4S Secure Solutions (USA) Inc.**
G4S New Hire Survey   Mon 12:11 PM
G4S Secure Solutions - New Hire Survey W...

Spambox  1

New folder

E  **eyeexam@eyewearcare.com**   📎
Receipt For Your Recent P...   Sat 11/2
Dear ShaneHenry, Thank you for shopping...

Sincerely,

Receipt_33047_...

Mary Bell  CCM
Administrative Manager Criminal Unit
Direct: 520.866.5365
Local 520.509.3555
Toll Free: 888.431.1311

**Groups** ⌄

New group

E  **eyeexam@eyewearcare.com**   📎
Receipt For Your Recent P...   Sat 11/2
Dear SethHenry, Thank you for shopping w...

Receipt_33047_...

mabell@courts.az.gov

[f]  [t]

E  **eyeexam@eyewearcare.com**   📎
Receipt For Your Recent P...   Sat 11/2
Dear ShaneHenry, Thank you for shopping...

Receipt_33047_...

**October**

Office of Amanda Stanford
Clerk of the Superior Court in Pinal County
971 N. Jason Lopez Circle, Bldg. A
P.O. Box 2730
Florence, AZ 85132

J  **Jimenezpatxot, Charlotte SSG USARMY** 🗐0.🗐
Evaluation Report Status   Thu 10/31
Good Morning SSG Shreeve, This is SSG Ji...

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that*

○  **Bell, Mary C.**
> DPS Report CR20000270...   Tue 10/29
Hello again, My apologies, I seem to have...

BC  **Bell, Mary C.**
DPS Report CR2000027062   Tue 10/29
Bell, Mary C. would like to recall the messa...

BC  **Bell, Mary C.**
Following Up   Mon 10/28
Hello Mr. Shreeve, I sent everything again t...

✉  📅  👥  ⋯

**Bell, Mary C.**

Outlook

Search

MS

New message    Delete    Archive    Junk ∨    Sweep    Move to ∨    Categorize ∨    Undo    ⋯

∨ Folders

Inbox ☆    Filter ∨

Inbox    37
Junk Email    144
Drafts
Sent Items    1
Deleted Items    219
Archive
    Conversation Hist…
    GCU    1
    ICDC    4
    military

Notes
Sarah
Spambox    1
New folder

∨ Groups

New group

**Fox Cigar**    FC
The My Father Travel Kit -…    11:52 AM
Go Ahead, Treat Yo Self! My Father Travel…

**The Exchange**
Best of the Best – Get the…    11:45 AM
Your favorites for activewear are here at Th…

**Yesterday**

**Shelly Martinez via flexmls**
Listing Update!    Tue 9:57 AM
CG - Mathew Shreeve $150,000 10612 N C…

**This month**

**DoNotReply@alight.com**    D
G4S Benefits Confirmation…    Mon 7:39 PM
Dear Mathew Shreeve, You have an import…

**G4S Secure Solutions (USA) Inc.**
G4S New Hire Survey    Mon 12:11 PM
G4S Secure Solutions - New Hire Survey W…

**eyeexam@eyewearcare.com**    E    🖉
Receipt For Your Recent P…    Sat 11/2
Dear ShaneHenry, Thank you for shopping…
    Receipt_33047_…

**eyeexam@eyewearcare.com**    E    🖉
Receipt For Your Recent P…    Sat 11/2
Dear SethHenry, Thank you for shopping w…
    Receipt_33047_…

**eyeexam@eyewearcare.com**    E    🖉
Receipt For Your Recent P…    Sat 11/2
Dear ShaneHenry, Thank you for shopping…
    Receipt_33047_…

**October**

**Jimenezpatxot, Charlotte SSG USARMY**    J    🖉
Evaluation Report Status    Thu 10/31
Good Morning SSG Shreeve, This is SSG Ji…

**Bell, Mary C.**    BC
> DPS Report CR20000270…    Tue 10/29
Hello again, My apologies, I seem to have…

**Bell, Mary C.**    BC
DPS Report CR2000027062    Tue 10/29
Bell, Mary C. would like to recall the messa…

**Bell, Mary C.**    BC
Following Up    Mon 10/28
Hello Mr. Shreeve, I sent everything again t…

✉    📅    👥    ⋯    ◯

**Bell, Mary C.**

---

D.P.S.

Bell, Mary C. <mabell@co    BC
urts.az.gov>
Mon 10/28/2019 11:54 AM
PHENIX13-7@hotmail.com ∨

↩    ↩↩    →    ⋯

Hello Mr. Shreeve,

I just wanted to let you know that I have placed a
call to D.P.S. They are working on this now, and will
call me back later this afternoon.
I wanted to let you know where I am at on this. I
will contact you when I hear back from them.

Sincerely,

Mary Bell  CCM
Administrative Manager Criminal Unit
Direct: 520.866.5365
Local 520.509.3555
Toll Free: 888.431.1311

mabell@courts.az.gov

[f]  [t]

Office of Amanda Stanford
Clerk of the Superior Court in Pinal County
971 N. Jason Lopez Circle, Bldg. A
P.O. Box 2730
Florence, AZ 85132

*This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed. If you have received this email in error
please notify the system manager. If you are not the named
addressee you should not disseminate, distribute or copy this
email. Please notify the sender immediately by email if you have
received this email by mistake and delete this email from your
system. If you are not the intended recipient you are notified that
disclosing, copying, distributing of taking any action in reliance
on the contents of this information is strictly prohibited. Please
be aware that any information, including the sender's email
address or any personally identifying information contained in
the sender's email communication to this office, becomes part of
Pinal County's public record and may be subject to disclosure
under Arizona Law.*

Please consider the environment; print
responsibly.

**Outlook**

🔍 Search

MS

≡ New message          🗑 Delete   📁 Archive   🚫 Junk ⌄   🧹 Sweep   ➡ Move to ⌄   🏷 Categorize ⌄   ↶ Undo   ⋯

**Folders**

| | | |
|---|---|---|
| ⌄ Folders | | |
| 📥 Inbox | 37 | |
| 🚫 Junk Email | 144 | |
| ✏ Drafts | | |
| ➤ Sent Items | 1 | |
| 🗑 Deleted Items | 219 | |
| 🗄 Archive | | |
| Conversation Hist... | | |
| GCU | 1 | |
| ICDC | 4 | |
| military | | |
| 🗒 Notes | | |
| Sarah | | |
| Spambox | 1 | |
| New folder | | |
| ⌄ Groups | | |
| New group | | |

**Inbox** ☆          Filter ⌄

FC  **Fox Cigar**
The My Father Travel Kit -...          11:52 AM
Go Ahead, Treat Yo Self! My Father Travel...

⊗  **The Exchange**
Best of the Best – Get the...          11:45 AM
Your favorites for activewear are here at Th...

**Yesterday**

**Shelly Martinez via flexmls**
Listing Update!          Tue 9:57 AM
CG - Mathew Shreeve $150,000 10612 N C...

**This month**

D  **DoNotReply@alight.com**
G4S Benefits Confirmation...          Mon 7:39 PM
Dear Mathew Shreeve, You have an import...

G  **G4S Secure Solutions (USA) Inc.**
G4S New Hire Survey          Mon 12:11 PM
G4S Secure Solutions - New Hire Survey W...

E  **eyeexam@eyewearcare.com**          📎
Receipt For Your Recent P...          Sat 11/2
Dear ShaneHenry, Thank you for shopping...
    Receipt_33047_...

E  **eyeexam@eyewearcare.com**          📎
Receipt For Your Recent P...          Sat 11/2
Dear SethHenry, Thank you for shopping w...
    Receipt_33047_...

E  **eyeexam@eyewearcare.com**          📎
Receipt For Your Recent P...          Sat 11/2
Dear ShaneHenry, Thank you for shopping...
    Receipt_33047_...

**October**

**Jimenezpatxot, Charlotte SSG USARMY** 🔒📎
Evaluation Report Status          Thu 10/31
Good Morning SSG Shreeve, This is SSG Ji...

BC  **Bell, Mary C.**
> DPS Report CR2000270...          Tue 10/29
Hello again, My apologies, I seem to have...

BC  **Bell, Mary C.**
DPS Report CR2000027062          Tue 10/29
Bell, Mary C. would like to recall the messa...

◯  **Bell, Mary C.**
Following Up          Mon 10/28
Hello Mr. Shreeve, I sent everything again t...

**Bell, Mary C.**

✉   📅   ⚙   ⋯

**Following Up**

BC  Bell, Mary C. <mabell@co
urts.az.gov>          ↩  ↞  →  ⋯
Mon 10/28/2019 5:03 PM
PHENIX13-7@hotmail.com ⌄

Hello Mr. Shreeve,

I sent everything again to DPS. The agent that is
assisting leaves for the day early. So, I will touch
base with the agent first thing in the morning. I just
want to keep you in the loop as to what is being
done. Thank you.

Sincerely,

Mary Bell  CCM
Administrative Manager Criminal Unit
Direct: 520.866.5365
Local 520.509.3555
Toll Free: 888.431.1311

mabell@courts.az.gov

[f] [t]

Office of Amanda Stanford
Clerk of the Superior Court in Pinal County
971 N. Jason Lopez Circle, Bldg. A
P.O. Box 2730
Florence, AZ 85132

*This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed. If you have received this email in error
please notify the system manager. If you are not the named
addressee you should not disseminate, distribute or copy this
email. Please notify the sender immediately by email if you have
received this email by mistake and delete this email from your
system. If you are not the intended recipient you are notified that
disclosing, copying, distributing of taking any action in reliance
on the contents of this information is strictly prohibited. Please
be aware that any information, including the sender's email
address or any personally identifying information contained in
the sender's email communication to this office, becomes part of
Pinal County's public record and may be subject to disclosure
under Arizona Law.*

♺ Please consider the environment; print
responsibly.

# EXHIBIT H

# NOTICE OF CLAIM AGAINST THE
# STATE OF ARIZONA

Claim must be filed in accordance with A.R.S.§12-821.01
Please type or print legibly.
All blanks MUST be completed.

## CLAIMANT INFORMATION

Claimant's Name: _Mathew Shreeve_

Address: _102 E Cholla St_        City _Casa Grande_        State _AZ_        Zip _85122_

Phone #(Home): _520 510 5579_        Work: _____        Date of Birth: _26 Jan 1982_

## FACTS

| DATE OF OCCURRENCE | LOCATION OF OCCURRENCE (INCLUDE CITY) | (Use this Section only for ROADWAY CLAIMS) |
|---|---|---|
| _____, 200_ _01/19_ | _DPS Office_ | DIRECTION OF TRAVEL _N/A_ |
| TIME OF OCCURRENCE _19_ | | EXIT/MILE POST/STREET NAME |
| _____ am/pm | | INTERSTATE/HIGHWAY |

Identify the circumstances under which the damages or injuries were sustained, the cause thereof and the nature and extent of the damage and/or injuries. List the State agency if known. You may attach additional pages if necessary.

My record has not been corrected in 18 years. A felony still is present loss of multiple jobs + wages due to me "improperly" filling out applications that run background checks. A felony shows on background checks when it is a misdemeanor. Yet the FBI received my proper paperwork from me as well as I have an Arizona issued CCW.

Amount of Claim $ _400,000_

In order for a claim to be valid, ARS 12-821.01 (A) requires the claimant to include a specific amount for which the claim can be settled. The statute requires the claim be filed with the State of Arizona within **180 days** after the cause of action accrues.

Claimant Signature: _MMS_        Date: _December 2nd 2019_

## Mail or hand deliver to:

Original:  Office of the Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004

NOTE: Include all supporting documents (Estimates, Bills, etc.) Please maintain a copy of the completed Notice of Claim and supporting documents for your records.

Revised 10/2019